BEFORE THE FIRST DIVISION, MAY 6, 1963

**No. 67678.**—Rosenel Int'l Corp. *v.* United States, protest 60/25727 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.